FILED
U.S. DISTRICT COURT
DISTRICT OF VERMONT
09/12/2022

5:22-mc-125

# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

## IN RE: ORDER REVISING COVID-19 RESTRICTIONS IN PUBLIC AREAS OF FEDERAL BUILDINGS AND COURTHOUSES

## GENERAL ORDER NO. 114

**This Order vacates General Order No. 113 issued on August 29, 2022.**

In accordance with the most recent recommendations issued by the Centers for Disease Control and Prevention (CDC), **IT IS HEREBY ORDERED** that the following COVID-19 restrictions and masking requirements based on the CDC's COVID-19 Community Levels will apply to all District of Vermont courthouses as follows:

1. When the CDC COVID-19 Community Level is designated as "high" in the county where a courthouse is located, indoor mask-wearing and social distancing will be required in all public spaces for all courthouse visitors, federal employees and on-site contractors, regardless of vaccination status;

2. When the CDC COVID-19 Community Level is "medium" or "low" in the county where a courthouse is located, masking and social distancing will not be required;

3. For jury trials, regardless of the CDC COVID-19 Community Level, the presiding judge will make a ruling about the mask requirement for the parties and others attending the trial. The judge will make this decision before the trial as part of a broader discussion about trial preparations and safety precautions with counsel for all parties and other participants;

4. This order applies only to the common or public areas of the buildings, including courtrooms; and

5. Each individual agency will determine the requirements for their own internal agency workspace.

This order shall be effective immediately and will remain in effect until amended or vacated.

Dated at Burlington, in the District of Vermont, this 12th day of September, 2022.

_____
Hon. Geoffrey W. Crawford
Chief Judge